IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIEKE WILLIAMS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 07-4458 |
| ROBERT SHANNON, et al., | : | |
| Respondents. | : | |

FILED
SEP 26 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 25th day of September, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE for want of prosecution and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
R. Barclay Surrick, J.

Faxed to J. Hillsborough
First Class & Certified Mail - M. Williams
9/25/12